IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA FOREACRE, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC. et al., | : | NO. 22-4231 |
| *Defendants* | : | |

## ORDER

AND NOW, this 20th day of January, 2023, upon consideration of Defendants' Notice of Removal (Doc. No. 1), Plaintiff Linda Foreacre's Motion to Remand (Doc. No. 3), Defendants' Response in Opposition to the Motion to Remand (Doc. No. 8), Plaintiff's Reply (Doc. No. 9), and the hearing on the motion held on December 16, 2022, it is **ORDERED** that:

1. The Motion to Remand is **DENIED** for the reasons set forth in the accompanying memorandum.

2. The parties must provide the Court with a joint status update concerning the parties' position(s) as to whether this case should be subject to compulsory arbitration pursuant to Local Rule 53.2(3), **on or before January 27, 2023**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1